# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 18-08816-AB (JCx) | Date: | November 13, 2018 |
|---|---|---|---|

| Title: | *Alicia Mosqueda-Zavala v. Camelbak Products, LLC et al* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:** **[In Chambers] ORDER REMANDING CASE TO STATE COURT**

In their Response (Dkt. No. 10) to the Court's Order to Show Cause (Dkt. No. 9), Defendants concede that an exception to the Court's jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d) applies to this case.

The Court therefore **REMANDS** this case to the state court from which it was removed.

**IT IS SO ORDERED.**